UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SCOTT L., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|          v. | )  2:20-cv-00177-JDL |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Scott L. seeks judicial review of the Social Security Administration Commissioner's final decision determining that he is not disabled and denying his application for disability insurance benefits (ECF No. 1). Pursuant to 28 U.S.C.A. § 636(b)(3) (West 2021) and D. Me. Local R. 16.3(a)(2), United States Magistrate Judge John H. Rich III held a hearing on the Plaintiff's Statement of Errors (ECF No. 15) on March 9, 2021. The Magistrate Judge filed his Recommended Decision with the Court on April 21, 2021 (ECF No. 23), recommending that the Court affirm the Commissioner's decision.

The Plaintiff filed an Objection to the Recommended Decision on May 6, 2021 (ECF No. 24). The Commissioner filed a response to the Plaintiff's Objection on May 12, 2021 (ECF No. 25) and, with leave, the Plaintiff filed a reply to the Commissioner's response on June 4, 2021 (ECF No. 32). The Court heard oral argument on the Plaintiff's Objection on July 13, 2021.

After reviewing and considering the Magistrate Judge's Recommended Decision, together with the entire record and the attorneys' arguments at the hearing, I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 23) of the Magistrate Judge is hereby **ACCEPTED**, and the Plaintiff's Objection (ECF No. 24) is **OVERRULED**. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**Dated this 29th day of July, 2021.**

                                                        /s/ JON D. LEVY  
                                          **CHIEF U.S. DISTRICT JUDGE**